

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) CR 13-291-DSF
    Plaintiff,  ) ORDER OF DETENTION AFTER
) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
  v.  ) Allegations of Violations of Probation
) Supervised Release)
Kevin Ray Casey  ) Conditions of Release)
)
    Defendant.  )

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

  (A)   ( )   the appearance of defendant as required; and/or

  (B)   ( )   the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-2-17

*Patrick J. Walsh*

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE